IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA <u>ex rel.</u> BRADLEY KELLER,<br><br>    Plaintiff,<br><br>v.<br><br>WDC ACQUISITIONS, LLC D/B/A/ WELLMAN DYNAMICS, and TRIVE CAPITAL MANAGEMENT LLC<br><br>    Defendant. | Civil No. 20-CV-100-LTS-MAR |

## **ORDER**

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The above referenced matter is dismissed with prejudice as to the Relator's claims against Defendant WDC Acquisitions, LLC d/b/a Wellman Dynamics;

2. The above-referenced matter is dismissed with prejudice as to the United States' claims against Defendant WDC Acquisitions, LLC d/b/a Wellman Dynamics for the Covered Conduct as set forth in the parties' settlement agreement, and without prejudice as to any other claim(s);

3. These dismissals dispose of all claims against Defendant WDC Acquisitions, LLC d/b/a Wellman Dynamics in the above-referenced matter;

4. The Relator's Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, Joint Notice of Dismissal, and this Order be

unsealed. Relator shall file a dismissal or serve upon the remaining Defendant, Trive Capital Management LLC, a copy of the Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, Joint Notice of Dismissal, and this Order. All other contents of the Court's file in this action not specifically unsealed by this Order shall remain under seal and not be made public or served upon the Defendant;

5. The seal be lifted on all other matters occurring in this action after the date of this Order;

6. The parties shall serve all pleadings and motions filed in the declined action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. The parties must serve all notices of appeal upon the United States;

8. All orders of this Court shall be sent to the United States; and that

9. Should the relator or the Defendant propose that the declined action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 1st day of August, 2022.

_____
LEONARD T. STRAND, Chief Judge
NORTHERN DISTRICT OF IOWA