IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex *rel.* BRADLEY KELLER, <br><br> Plaintiffs and Relator, <br><br> v. <br><br> WDC ACQUISITIONS; <br> DBA WELLMAN DYNAMICS; AND <br> TRIVE CAPITAL MANAGEMENT, LLC, <br><br> Defendants. | No. 20-cv-100-LTS-MAR |

## UNITED STATES' NOTICE REGARDING
## RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to the Court's Order (docket entry 18), the United States states that it consents to Relator Bradley Keller's Notice of Voluntary Dismissal of Defendant Trive Capital Management, LLC, without prejudice as to the Relator and without prejudice as to the United States (docket entry 20).

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/ Matthew K. Gillespie*

MATTHEW K. GILLESPIE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Matthew.Gillespie@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on  8/8/2022 , I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY:  */s/ D. Nash*